# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| KIMBERLY BENNETT and CINDY PRINCE on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOYO DENSO CO. LTD., WEASTEC, INC., and OMRON AUTOMOTIVE ELECTRONICS CO., LTD.,<br><br>Defendants. | Case No. 16-cv-12772<br><br>Hon. Victoria A. Roberts<br><br>CLASS ACTION COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Devon P. Allard of The Miller Law Firm, P.C. hereby enters his appearance as counsel of record on behalf of Plaintiffs in the above captioned matter.

Dated: July 27, 2016

Respectfully submitted,

By: /s/ *Devon P. Allard*
Devon P. Allard (P71712)
THE MILLER LAW FIRM, PC
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
dpa@millerlawpc.com

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| KIMBERLY BENNETT and CINDY PRINCE on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOYO DENSO CO. LTD., WEASTEC, INC., and OMRON AUTOMOTIVE ELECTRONICS CO., LTD.,<br><br>Defendants. | Case No. 16-cv-12772<br><br>Hon. Victoria A. Roberts<br><br>CLASS ACTION COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF<br><br><u>JURY TRIAL DEMANDED</u> |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2016, I electronically filed the foregoing documents using the Court's electronic filing system, which will send notice to all counsel of record.

Dated: July 27, 2016

By: <u>/s/ *Devon P. Allard*</u>
Devon P. Allard (P71712)
THE MILLER LAW FIRM, PC
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
dpa@millerlawpc.com